**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**DONALD JOSEPH WEST,**

      **Plaintiff,**

      **v.**                        **CASE NO.  24-3051-JWL**

**(FNU) (LNU), Director, Federal
Bureau of Prisons, et al.,**

      **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff proceeds pro se in this civil rights action. Plaintiff is incarcerated at USP-Leavenworth in Leavenworth, Kansas.  On April 11, 2024, the Court entered a Notice of Deficiency (Doc. 2), finding that Plaintiff's Complaint was not on the Court-approved form and Plaintiff failed to either pay the filing fee or submit a motion for leave to proceed in forma pauperis.  The Court granted Plaintiff until May 13, 2024, to cure the deficiencies.  The Court's order provided that if Plaintiff failed to comply within the prescribed time, "this action may be dismissed without further notice for failure to comply with this court order."  (Doc. 2, at 1–2.) Plaintiff has failed to comply with the Court's NOD by the Court's deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'"  *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met."  *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to submit his Complaint on the court-approved form and has failed to either pay the filing fee or submit a motion for leave to proceed in forma pauperis by the deadline set forth in the Court's order.  As a consequence, the Court dismisses this action without prejudice pursuant to Rule 41(b) for failure to comply with court orders.

**IT IS THEREFORE ORDERED BY THE COURT** that this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**Dated May 20, 2024, in Kansas City, Kansas.**

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**